# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-51083
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 26, 2018

Lyle W. Cayce
Clerk

NEVAREZ LAW FIRM, P.C.,

      Plaintiff - Appellant

v.

DONA ANA TITLE COMPANY; STEVE PARSLEY; SHAWNA BLOUNT, formerly known as Shawna Gonzales; JACQUE SELBY; FIRST AMERICAN TITLE GUARANTY COMPANY, formerly known as United General Title Insurance Company; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST AMERICAN FINANCIAL CORPORATION; ARACELI HERRERA; TOMASA R. ROJAS, also known as Tomasa Rojas, also known as Tomasa Rodriquez, also known as Tomasa Rodriguez Rojas, also known as Tomasa R. De Rojas, also known as Tomasa R. Derojas, also known as Tomasa R. Rodriguez, also known as Tomasa Rodriguez Deroja, also known as Tomasa Rodriguezderoja, also known as Tomasa Rodriguez Derojas, also known as Tomasa Rodriguezderojas, also known as Tomasa Rodriguez-Deroja, also known as Tomasa Rodriguez-Derojas; J. L. R., A Minor; JOSE LUIS ROJAS, also known as Jose Rojas, also known as Jose Rodriguez, also known as Jose Luis Rodriguez, also known as Jose L. Rojas; ARTEMIO JAYME; VIVIANA JAYME; MARCO AURELIO JAYME; PAUL JAYME; M. J., A Minor; G. J., A Minor; TATIANA JAYME; ZACOUR ; ASSOCIATES, INCORPORATED; PAUL G. ZACOUR; BANK OF AMERICA CORPORATION; COUNTRYWIDE HOME LOANS, INCORPORATED, doing business as America's Wholesale Lender,

      Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:15-CV-297

No. 17-51083

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Attorney Michael Nevarez was sanctioned by the district court for his conduct in a lawsuit in which his law firm was the plaintiff. Nevarez is the sole shareholder in that firm. We affirmed that sanctions order in appeal number 17-50343. Nevarez then filed a "Motion for Relief" from the sanctions order in the district court, contending that the defendants obtained that order through fraud. The district court denied that motion.

We have reviewed Nevarez's brief and record excerpts, and find no error. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.